**Order entered July 23, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00060-CR

### JOHN ABRA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-76089-L**

## ORDER

Before the Court is appellant's July 19, 2018 request for appointed counsel.  Appellant is currently represented by counsel who filed an *Anders* brief.

We **DENY** appellant's motion.  The Court will appoint new counsel for appellant only if it determines there is an arguable issue for appeal.  *See Jeffery v. State*, 903 S.W.2d 776, 780 (Tex. App.—Dallas 1995, no pet.).

/s/    LANA MYERS
        JUSTICE